```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

IN RE:                         :
DANA MICHELLE VALORIE CALHOUN  :  CHAPTER 13
                               :  CASE NO. 18-60054
                               :
     Debtor                    :  JUDGE PAUL BAISIER
                               :
```

OBJECTION OF PRESTIGE FINANCIAL SERVICES, INC. TO CONFIRMATION OF PLAN

COMES NOW Prestige Financial Services, Inc. ("Prestige Financial") a secured creditor in the above-styled bankruptcy case, and files this Objection to Confirmation of Debtor's Chapter 13 Plan (the "Plan"), showing this Court the following:

1.

The Plan fails to comply with 11 U.S.C. § 1325(a)(5) since it does not provide Prestige Financial with the value, as of the effective date of the Plan, of its allowed secured claim. Prestige Financial is the holder of a purchase money security interest in a 2010 Dodge Journey, and timely filed a proof of claim for the secured amount of $7,443.30. The Chapter 13 Plan proposes to pay Prestige Financial's claim with a value of $3,500.00at 5.5% interest with payments of $75.00 per month.

2.

Prestige Financial is entitled to the replacement value of the vehicle securing its claim.  The replacement value is $6,000.00 according to the applicable NADA guide. A copy of the

NADA is attached as Exhibit.

3.

The rate of interest proposed for Prestige Financial's secured claim does not comply with Till v. SCS Credit Corp., 541 U.S. 465 (2004). Prestige Financial should be entitled to have its claim paid with interest set at the prime rate plus 1 – 3 percent for risk, or in this case at least 6 percent interest.

4.

Debtor's proposed Chapter 13 plan does not meet the requirements of 11 U.S.C. Section 1325 (a)(1) in that it does not provide adequate protection for Prestige Financial's interest pursuant to 11 U.S.C. Section 361.

WHEREFORE, Prestige Financial prays as follows:

(a)  That the Debtor's Plan be denied confirmation;

(b)  That the Debtor be denied additional time to file an additional Plan or a modification of the Plan;

(c)  That Prestige Financial be granted such other and further relief as this court deems just and proper under the circumstances.

>                          EVANS PETREE, PC
>
>                          By:___/s/Robert J. Fehse_____
>                              Robert J. Fehse
>                              Georgia State Bar No. 758817
>                              Attorneys for Prestige Financial

1715 Aaron Brenner Drive, Suite 800  
Memphis, TN 38120  
(901) 271-0722  
rfehse@evanspetree.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused a copy of the foregoing OBJECTION OF PRESTIGE FINANCIAL SERVICES, INC. TO CONFIRMATION OF PLAN to be served upon all parties in this matter by either electronic notification or deposit of the document in the United States mail with sufficient postage affixed for delivery, addressed to:

>Melissa J. Davey
>Chapter 13 Trustee
>260 Peachtree St NW, Ste 200
>Atlanta, GA  30303
>
>Howard P. Slomka
>Overlook III - Suite 1700
>2859 Paces Ferry Rd, SE
>Atlanta, GA  30309
>
>Dana Michelle Valorie Calhoun
>6980 Roswell Road, Unit M6
>Atlanta, GA  30328

This 26th day of June, 2018

/s/ Robert J. Fehse
_____
Robert J. Fehse, Esq.

## Vehicle Summary With NADA Values

| | |
|---|---|
| **Region:** | Georgia |
| **Pulled for:** | June, 2018 |
| **Employee:** | Nicholas Conran |
| **Vehicle Description:** | 2010 DODGE TRUCK Journey-V6 Utility 4D SXT 2WD |
| **VIN:** | 3D4PG5FV7AT147451 |
| **Pulled Mileage:** | 132000 |
| **Avg. Mileage:** | 107500 |

| | Base Value | Mileage Adj. | Options Adj. | Book Value |
|---|---|---|---|---|
| **Trade In:** | $4,525.00 | ($700.00) | $0.00 | $3,825.00 |
| **Loan:** | $4,075.00 | ($700.00) | $0.00 | $3,375.00 |
| **Retail:** | $6,700.00 | ($700.00) | $0.00 | $6,000.00 |

| Option Desc. | Trade In Opt. Adj. | Loan Opt. Adj. | Retail Opt. Adj. |
|---|---|---|---|
| Aluminum/Alloy Wheels | $0.00 | $0.00 | $0.00 |