# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

DANA MICHELLE VALORIE CALHOUN

:  CHAPTER 13
:
:
:
Debtors.       :  CASE NO.: 18-60054-PMB

## CERTIFICATE OF MANNER OF SERVICE PURSUANT TO BANKRUPTCY RULE 7004

This is to certify that I have this day served a copy of the Initial Chapter 13 Plan filed in the above styled case on June 15, 2018 (Doc. No. 2) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Prestige Financial Services

351 W Opportunity Way

Draper, UT 84020


C T Corporation System (Registered Agent for Prestige Financial Services)

289 S Culver St

Lawrenceville, GA 30046



DATED: September 20, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339