UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON SEPTEMBER 6, 2018**

CASE NO.:  18-60054-PMB

DEBTOR:   DANA M. V. CALHOUN

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER DEBTOR'S PLAN PAYMENTS ARE CURRENT AND

WHETHER DEBTOR'S PLAN HAS BEEN SERVED IN ACCORDANCE WITH RULE

7004 AND WHETHER DEBTOR HAS PROVIDED THE 2017 TAX RETURN AND

WHETHER DEBTOR HAS PROVIDED PROOF OF INCOME.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.

PLEASE ENTER AN ORDER OF DISMISSAL.

September 24, 2018

              _____/s/_____
              Jason L. Rogers, Attorney for the
              Chapter 13 Trustee
              GA Bar No.  142575

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

18-60054-PMB

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

Dana Michelle Valorie Calhoun
6980 Roswell Road
Unit M6
Atlanta, GA 30328

ATTORNEY FOR DEBTOR:

Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __24th_____ day of September, 2018.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444